# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00104-CR

**Chance A. Harrison, Sr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 27TH DISTRICT COURT OF BELL COUNTY
### NO. FR83135, THE HONORABLE JOHN GAUNTT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Chance A. Harrison, Sr., was convicted of murder and seeks to appeal the trial court's judgment of conviction. *See* Tex. Penal Code § 19.02. The trial court has certified that this is a plea-bargain case and that Harrison has no right to appeal. *See* Tex. R. App. P. 25.2(a)(2), (d). Accordingly, we dismiss the appeal for want of jurisdiction. *See id.* R. 25.2(d) (providing that if trial court does not certify that defendant has right to appeal, appeal "must be dismissed"); *see also Neal v. State*, Nos. 03-21-00112—00113-CR, 2021 WL 1312590, at *1 (Tex. App.—Austin Apr. 8, 2021, no pet.) (mem. op., not designated for publication) (dismissing appeal for lack of jurisdiction where trial court certified that case was plea-bargain case and that defendant had no right to appeal).

_____

Karin Crump, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed for Want of Jurisdiction

Filed:   March 21, 2025

Do Not Publish